United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 31, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| BRINKER SCC, LLC,[1] | § | Case No. 24-34645 |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## ORDER AUTHORIZING EMPLOYMENT

The Court, having considered the *Application to Employ Porter Hedges LLP as Counsel to the Trustee* (the "Application") filed by Allison D. Byman, chapter 7 trustee (the "Trustee"), is of the opinion that the requested relief is in the best interest of the estates; that Porter Hedges LLP ("PH") represents no interest adverse to the estates in the matters upon which it is to be engaged and is a disinterested person within the definition of 11 U.S.C. § 101(14); and that the Trustee's application should be approved. Accordingly, it is therefore:

**ORDERED THAT:**

1. PH is employed on an hourly fee basis to provide all necessary legal services to the Trustee in these cases as set forth in the Application.

2. Aaron J. Power is designated as attorney in charge for the representation by PH of the Trustee in these cases.

3. All applications for compensation shall be filed with the Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the rules of this Court.

Signed: December 31, 2024

Alfredo R Pérez
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases are SNF OpCo, LLC, Brinker SCC, LLC, Beltline SCC, LLC, Fairpark SCC, LLC, HG SCC, LLC, Mullican SCC, LLC, RW SCC, LLC, Vintage SCC, LLC, and Whitesboro SCC, LLC (collectively, the "Debtors").

15685202